JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON HAWKINS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BARSTOW, et al., <br><br> Defendants. | **Case No.  5:20-cv-00557-MWF-SP** <br><br> HON: Michael W. Fitzgerald <br><br> **ORDER DISMISSING DEFENDANT CITY OF BARSTOW WITH PREJUDICE** |

**IT IS HEREBY ORDERED:**

Based on the Stipulation of the Parties and Good Cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against the City of Barstow is dismissed, with prejudiced pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each party shall bear their own costs and fees.

DATED: December 23, 2020      _____

Honorable Michael W. Fitzgerald
United States District Judge